# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAD GARDNER, an individual, on behalf of himself and on behalf of others similarly situated; MICHAEL ALBA, an individual, on behalf of himself and on behalf of others similarly situated; and KEVIN CHO, an individual, on behalf of himself and on behalf of others similarly situated; <br><br> Plaintiffs, <br><br> vs. <br><br> HAKKASAN LIMITED, a foreign private limited company; HAKKASAN USA, INC., a Delaware Corporation; HAKKASAN HOLDINGS LLC, a Nevada Corporation; <br><br> Defendants. | CASE NO.:  3:17-cv-00557-LAB-WVG <br><br> **ORDER GRANTING JOINT MOTION TO DISMISS WITHOUT PREJUDICE AND PROCEED WITH ARBITRATION** <br><br> **Judge**:      Hon. Larry Alan Burns <br> **Magistrate**:  Hon. William V. Gallo <br><br> **Complaint Filed**: March 21, 2017 |

Having considered the parties' Joint Motion to Dismiss without Prejudice and Proceed with Arbitration, and for good cause shown, it is ORDERED that:

1.      The Joint Motion is Granted;

2.      This action is dismissed without prejudice;

3.      Plaintiffs will initiate an arbitration proceeding with the American Arbitration Association. For purposes of evaluating any applicable statute of limitations, the arbitration shall be deemed filed as of, or shall have the effective date of, March 21, 2017, the date on which the Complaint in this action was filed;

4.      As part of the arbitration, Plaintiffs may maintain their collective action under the Private Attorney General Act ("PAGA") pursuant to Labor Code Section 2699, *et seq.*;

5.      The Parties have the right to take reasonable discovery in arbitration, including depositions, to the same extent permitted under the Federal Rules of Civil Procedure;

6.      Defendants agree to waive Paragraph 11 of Defendants' Arbitration Agreement, calling for "Attorneys' Payment for Need to Compel Arbitration," with regard to this action only;

7.      All other issues relating to the scope of arbitration, including the effectiveness of Defendants' purported class waiver, shall be decided by the assigned arbitrator at a later date, as necessary.

**IT IS SO ORDERED.**

Dated:  June 23, 2017               By: _____
                                    Hon. Larry Alan Burns
                                    United States District Judge